UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ JUN 7 2005 ★
BROOKLYN OFFICE

------------------------------------------------------------X
RACHEL D. HARLEY,

                Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

JUDGMENT
03-CV- 4254 (ERK)

     A Corrected Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on June 2, 2005, reversing the Commissioner's final decision; remanding the case for further proceedings not inconsistent with the Court's Memorandum and Order, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and directing that the Court is appointing Carol Kubitschek to represent the claimant in all further proceedings; it is

     ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's final decision; that the case is remanded for further proceedings not inconsistent with the Court's Memorandum and Order, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that Carol Kubitschek is appointed to represent the claimant in all further proceedings.

Dated: Brooklyn, New York
         June 03, 2005

                                                    s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court